IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CARL C. GILBERT, II and
JERRED WASHINGTON,

 Plaintiff,

v.

STATE OF WISCONSIN – DEPARTMENT
OF HEALTH SERVICES, et al.,

 Defendants.

ORDER

Case No. 16-cv-729-jdp

---

On November 8, 2016, plaintiff Carl C. Gilbert, a patient in custody pursuant to Wis. Stat. ch. 980, was directed to submit a six-month trust fund account statement. Now, plaintiff has submitted two letters stating that he does not have the funds to obtain copies of the trust account statement. Plaintiff submits two institution requests and a weekly account statement to support his assertion that he doesn't have the money to obtain a copy of his six-month account statement. Accordingly, it appears that plaintiff presently has no means with which to pay the filing fee or to make an initial partial payment.

ORDER

IT IS ORDERED that,

1. Plaintiff Carl C. Gilbert's petition for leave to proceed without prepayment of fees is GRANTED.

2. No further action will be taken in this case until the court has screened the complaint pursuant to 28 U.S.C. § 1915 to determine whether the case must be dismissed because the complaint is frivolous or malicious, fails to state a claim on which relief may be granted or

seeks monetary relief against a defendant who is immune from such relief. Once the screening process is complete, a separate order will issue.

Entered this 5th day of January, 2017.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge