IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CARL C. GILBERT, II and
JERRED WASHINGTON,

        Plaintiffs,

  v.

STATE OF WISCONSIN DEPARTMENT OF
HEALTH SERVICES, *et al.*,

        Defendants.

ORDER

16-cv-729-jdp

---

In a June 13, 2017 order, I dismissed plaintiff Jerred Washington from this case and gave plaintiff Carl C. Gilbert II a final opportunity to respond to my May 8, 2017 order, in which I concluded that plaintiffs' complaint suffered from problems under Federal Rule of Civil Procedure 20. *See* Dkt. 9 and Dkt. 11. I gave Gilbert an extension until June 27, 2017, to file a response to the May 8, 2017 order. In addition, I warned Gilbert that if he failed to respond to my order, this case would be dismissed for his failure to prosecute it. It is now past Gilbert's June 27 deadline, and he has not responded to the court's order.

Accordingly, IT IS ORDERED that this case is DISMISSED for plaintiff Carl C. Gilbert II's failure to prosecute it. The clerk of court is directed enter judgment in favor of defendants and close this case.

Entered July 21, 2017.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge