IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CARL C. GILBERT, II,

    Plaintiff,

v.

STATE OF WISCONSIN DEPARTMENT
OF HEALTH SERVICES, SAND RIDGE
SECURE TREATMENT CENTER, ERIC
KNAUTSON, DEBORAH MCCULLOUCH,
DOUG BELILLE, JASON SMITH, PAULA
GILE, ANGIE WESTER, GARY FOX,
KIETH RAMSEY, LORI FOX, DANIEL
KATTENBRAKER, KEITH NESS, LINDA
HARRIS, ROBERT KEEPKINS, VALERIE
LITTY, KIM THOMSURE, MARCUS
HUBBARD, SCOTT WALKER, and
JOHN AND JANE DOES 1-80,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 16-cv-729-jdp

---

    This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case for plaintiff Carl C. Gilbert, II's failure to prosecute it.

    /s/                                                                                  7/21/2017

Peter Oppeneer, Clerk of Court                                    Date